

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

__Eugene Ross Cox__
Plaintiff

v.

__Delaware State Police__
Defendant(s)

**- 07 - 3 4 9 -**

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __Eugene Ross Cox__ declare that I am the (check appropriate box)

• • Petitioner/**Plaintiff**/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED JUN -1 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   **(Yes)**   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration __Sussex Correctional Institution (S.C.I.)__

   **Inmate Identification Number (Required):** __241114__

   Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • •Yes   **(No)**

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment          • •Yes    **(• •No)**
   b. Rent payments, interest or dividends                    • •Yes    **(• •No)**
   c. Pensions, annuities or life insurance payments          • •Yes    **(• •No)**
   d. Disability or workers compensation payments             • •Yes    **(• •No)**
   e. Gifts or inheritances                                   • •Yes    **(• •No)**
   f. Any other sources                                       **(• •Yes)**   • •No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. __I receive $20 every few weeks from my family members at home, And these amounts are only from time to time, periodically.__



AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  ·· Yes  (··No)

   If "Yes" state the total amount $ N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ·· Yes  (··No)

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

   None

I declare under penalty of perjury that the above information is true and correct.

5/30/2007
DATE

Eugene Ross Cox
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Printed: 5/25/2007

**Average Daily Balance For Pauper Filing**
For Days the Individual was in Residence at SCI from 1/12/2007 through 4/30/2007

Page 1 of 3

SBI: 00241114    NAME:    COX, EUGENE R    07-349

| Date | Balance |
|---|---|
| 01/12/2007 | $1.41 |
| 01/13/2007 | $1.41 |
| 01/14/2007 | $1.41 |
| 01/15/2007 | $1.41 |
| 01/16/2007 | $1.41 |
| 01/17/2007 | $1.41 |
| 01/18/2007 | $1.41 |
| 01/19/2007 | $1.41 |
| 01/20/2007 | $1.41 |
| 01/21/2007 | $1.41 |
| 01/22/2007 | $1.41 |
| 01/23/2007 | $1.41 |
| 01/24/2007 | $0.02 |
| 01/25/2007 | $0.02 |
| 01/26/2007 | $20.02 |
| 01/27/2007 | $20.02 |
| 01/28/2007 | $20.02 |
| 01/29/2007 | $16.02 |
| 01/30/2007 | $16.02 |
| 01/31/2007 | $16.02 |
| 02/01/2007 | $16.02 |
| 02/02/2007 | $16.02 |
| 02/03/2007 | $16.02 |
| 02/04/2007 | $16.02 |
| 02/05/2007 | $16.02 |
| 02/06/2007 | $16.02 |
| 02/07/2007 | $3.95 |
| 02/08/2007 | $3.95 |
| 02/09/2007 | $3.95 |
| 02/10/2007 | $3.95 |
| 02/11/2007 | $3.95 |
| 02/12/2007 | $3.95 |
| 02/13/2007 | $3.95 |
| 02/14/2007 | $0.81 |
| 02/15/2007 | $0.81 |
| 02/16/2007 | $20.81 |
| 02/17/2007 | $20.81 |
| 02/18/2007 | $20.81 |
| 02/19/2007 | $20.81 |
| 02/20/2007 | $20.81 |
| 02/21/2007 | $6.79 |
| 02/22/2007 | $6.79 |
| 02/23/2007 | $6.79 |
| 02/24/2007 | $6.79 |
| 02/25/2007 | $6.79 |
| 02/26/2007 | $6.79 |
| 02/27/2007 | $6.79 |
| 02/28/2007 | $6.79 |



FILED
JUN -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 5/25/2007

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 1/12/2007 through 4/30/2007*

Page 2 of 3

SBI: 00241114        NAME:    COX, EUGENE R

| Date | Balance |
|---|---|
| 03/01/2007 | $6.79 |
| 03/02/2007 | $46.79 |
| 03/03/2007 | $46.79 |
| 03/04/2007 | $46.79 |
| 03/05/2007 | $46.79 |
| 03/06/2007 | $46.79 |
| 03/07/2007 | $25.51 |
| 03/08/2007 | $25.51 |
| 03/09/2007 | $25.51 |
| 03/10/2007 | $25.51 |
| 03/11/2007 | $25.51 |
| 03/12/2007 | $25.51 |
| 03/13/2007 | $25.51 |
| 03/14/2007 | $5.76 |
| 03/15/2007 | $5.76 |
| 03/16/2007 | $30.76 |
| 03/17/2007 | $30.76 |
| 03/18/2007 | $30.76 |
| 03/19/2007 | $30.76 |
| 03/20/2007 | $30.76 |
| 03/21/2007 | $12.85 |
| 03/22/2007 | $12.85 |
| 03/23/2007 | $32.85 |
| 03/24/2007 | $32.85 |
| 03/25/2007 | $32.85 |
| 03/26/2007 | $32.85 |
| 03/27/2007 | $32.85 |
| 03/28/2007 | $27.60 |
| 03/29/2007 | $27.60 |
| 03/30/2007 | $47.60 |
| 03/31/2007 | $47.60 |
| 04/01/2007 | $47.60 |
| 04/02/2007 | $47.60 |
| 04/03/2007 | $47.60 |
| 04/04/2007 | $21.15 |
| 04/05/2007 | $41.15 |
| 04/06/2007 | $41.15 |
| 04/07/2007 | $41.15 |
| 04/08/2007 | $41.15 |
| 04/09/2007 | $41.15 |
| 04/10/2007 | $41.15 |
| 04/11/2007 | $20.20 |
| 04/12/2007 | $20.20 |
| 04/13/2007 | $40.20 |
| 04/14/2007 | $40.20 |
| 04/15/2007 | $40.20 |
| 04/16/2007 | $40.20 |
| 04/17/2007 | $40.20 |

Printed: 5/25/2007

### Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 1/12/2007 through 4/30/2007*

Page 3 of 3

**SBI:** 00241114     **NAME:** COX, EUGENE R

| Date | Balance |
|---|---|
| 04/18/2007 | $16.29 |
| 04/19/2007 | $16.29 |
| 04/20/2007 | $36.29 |
| 04/21/2007 | $36.29 |
| 04/22/2007 | $36.29 |
| 04/23/2007 | $36.29 |
| 04/24/2007 | $36.29 |
| 04/25/2007 | $22.50 |
| 04/26/2007 | $22.50 |
| 04/27/2007 | $42.50 |
| 04/28/2007 | $42.50 |
| 04/29/2007 | $42.50 |
| 04/30/2007 | $42.50 |

Summary for 'SBI' = 00241114 (109 detail records)

**Average Daily Balance:**     $22.16

# Prior Month -- Individual Statement

Date Printed: 5/25/2007                                                                 Page 1 of 1

## For Month of January 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.41 |
|---|---|---|---|---|---|---|
| 00241114 | COX | EUGENE | R | | | |
| **Current Location:** | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 1/12/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $1.41 |
| Commissary | | 1/24/2007 | ($1.39) | $0.00 | $0.00 | $0.00 | $0.02 |
| Visit MO | MAGDALENE B. COX | 1/26/2007 | $20.00 | $0.00 | $0.00 | $0.00 | $20.02 |
| Medical | | 1/29/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | $20.02 |
| Medical | | 1/29/2007 | ($4.00) | $0.00 | $0.00 | $0.00 | $16.02 |
| | | | | | **Ending Mth Balance:** | | **$16.02** |

# Prior Month -- Individual Statement

Date Printed: 5/25/2007                                                                 Page 1 of 1

## For Month of February 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $16.02 |
|---|---|---|---|---|---|---|
| 00241114 | COX | EUGENE | R | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 2/7/2007 | ($12.07) | $0.00 | $0.00 | $0.00 | $3.95 |
| Commissary | | 2/14/2007 | ($3.14) | $0.00 | $0.00 | $0.00 | $0.81 |
| Visit MO | NAGDALIENE COX | 2/16/2007 | $20.00 | $0.00 | $0.00 | $0.00 | $20.81 |
| Commissary | | 2/21/2007 | ($14.02) | $0.00 | $0.00 | $0.00 | $6.79 |
| | | | | | | Ending Mth Balance: | $6.79 |

# Prior Month -- Individual Statement

Date Printed: 5/25/2007                          Page 1 of 1

## For Month of March 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.79 |
|---|---|---|---|---|---|---|
| 00241114 | COX | EUGENE | R | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | MAGDALINE COX | 3/2/2007 | $40.00 | $0.00 | $0.00 | $0.00 | $46.79 |
| Copies | | 3/6/2007 | $0.00 | $0.00 | ($2.50) | $0.00 | $46.79 |
| Copies | | 3/6/2007 | $0.00 | $0.00 | ($0.50) | $0.00 | $46.79 |
| Commissary | | 3/7/2007 | ($21.28) | $0.00 | $0.00 | $0.00 | $25.51 |
| Commissary | | 3/14/2007 | ($19.75) | $0.00 | $0.00 | $0.00 | $5.76 |
| Copies | | 3/15/2007 | $0.00 | $0.00 | ($2.25) | $0.00 | $5.76 |
| Visit MO | MAGDELINE D. COX | 3/16/2007 | $25.00 | $0.00 | $0.00 | $0.00 | $30.76 |
| Commissary | | 3/21/2007 | ($17.91) | $0.00 | $0.00 | $0.00 | $12.85 |
| Visit MO | MAGDALINE COX | 3/23/2007 | $20.00 | $0.00 | $0.00 | $0.00 | $32.85 |
| Copies | | 3/28/2007 | ($0.50) | $0.00 | $0.00 | $0.00 | $32.35 |
| Copies | | 3/28/2007 | ($2.50) | $0.00 | $0.00 | $0.00 | $29.85 |
| Copies | | 3/28/2007 | ($2.25) | $0.00 | $0.00 | $0.00 | $27.60 |
| Visit MO | MAGDALENE COX | 3/30/2007 | $20.00 | $0.00 | $0.00 | $0.00 | $47.60 |
| | | | | | Ending Mth Balance: | | $47.60 |

# Prior Month -- Individual Statement

Date Printed: 5/25/2007

Page 1 of 1

## For Month of April 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $47.60 |
|---|---|---|---|---|---|---|
| 00241114 | COX | EUGENE | R | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 4/4/2007 | ($26.45) | $0.00 | $0.00 | $0.00 | $21.15 |
| Visit MO | MAGDELENE B COX | 4/5/2007 | $20.00 | $0.00 | $0.00 | $0.00 | $41.15 |
| Commissary | | 4/11/2007 | ($20.95) | $0.00 | $0.00 | $0.00 | $20.20 |
| Visit MO | MAGDALENE COX | 4/13/2007 | $20.00 | $0.00 | $0.00 | $0.00 | $40.20 |
| Commissary | | 4/18/2007 | ($23.91) | $0.00 | $0.00 | $0.00 | $16.29 |
| Visit MO | MAGDALENE COX | 4/20/2007 | $20.00 | $0.00 | $0.00 | $0.00 | $36.29 |
| Commissary | | 4/25/2007 | ($13.79) | $0.00 | $0.00 | $0.00 | $22.50 |
| Visit MO | MAGDALENE COX | 4/27/2007 | $20.00 | $0.00 | $0.00 | $0.00 | $42.50 |
| | | | | | Ending Mth Balance: | | $42.50 |

## REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: **Cox**     **Eugene**     **R**     SBI Number: **241114**
(Last)     (First)     (M.I.)

Housing Unit: **Pre-Trial H.U. #3**

••••••••••••••••••••••••••••••••••••••••••••••••••••

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

*Eugene Ross Cox*     *Judith Ann Lederman*
Inmate Signature                Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

RECEIVED
SCI Business Office

Date received by business office: **MAY 17 2007**

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

---

## INMATE ACCOUNT STATEMENT

TO:   Inmate Name: **Cox**     **Eugene**     **R**
(Last)     (First)     (M.I.)
SBI Number: **241114**
Housing Unit: **Pre-Trial H.U. #3**

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account

••••••••••••••••••••••••••••••••••••••••••••••••••

Attached is your account statement for the ~~six~~ **3½** month period of **01-12**, **2007** through **04-30**, **2007**.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ **22.16**.

Attachment

*Phyllis Redden*
Notary
PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007