

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

(1) Eugene Ross Cox #241114
(Name of Plaintiff) (Inmate Number)

S.C.I., P.O. Box, 500 Georgetown, Del. 19947
(Complete Address with zip code)

(2) ______
(Name of Plaintiff) (Inmate Number)

______
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

07-349
(Case Number)
( to be assigned by U.S. District Court)

Requesting Trial

**CIVIL COMPLAINT**

vs.

(1) Delaware State Police
(2) CPL. William D. Crotty #119
(3) Leslie A. Grow
(Names of Defendants)

(Each named party must be listed, and all uames must be printed or typed. Use additional sheets if needed)

Jury Trial Requested

FILED
JUN - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned IFP

**I. PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

101-C-00572 - Sue L. Robinson-Judicial Officer
Filing date: 8-22-2001
Closed: 6-9-2003



## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • • Yes • (No)

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • • Yes • • No

C. If your answer to "B" is Yes:

1. What steps did you take? N/A (No Process To Grieve State Police.)

2. What was the result? N/A

D. If your answer to "B" is No, explain why not: N/A

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Delaware State Police Agency

Employed as Law Enforcement at Delaware State Police

Mailing address with zip code: Delaware State Police Troop #4 330 South DuPont Hwy-Rt 113, Georgetown, Del. 19947

(2) Name of second defendant: William D. Crotty

Employed as State Police Officer at Delaware State Police

Mailing address with zip code: Delaware State Police Troop # 4 330 S. DuPont Hwy-Rt 113, Georgetown, Del. 19947

(3) Name of third defendant: Leslie A Grow

Employed as State Police Supervisor at Delaware State Police

Mailing address with zip code: Delaware State Police Troop # 4 330 S. DuPont Hwy-Rt 113, Georgetown, Del. 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)



## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On Jan. 12th, 2007, I was arrested by D.S.P during a drug raid at 2:25 P.M. Address of raided house: 28462 West Springside Dr. Milton, Del. 19968. I was Physically abused by D.S.P. for no reason. I was caught with nothing in my possession. Tooken to Troop #4 in Georgetown, Delaware. Questioned by a masked police officer in an interview room at Troop #4. Police officer asked me 2 questions during interview. Once Police report for me and 4 others arrested at the same residence were written up, my interview has been VISUAL & AUDIO recorded. D.S.P officer placed 3 or 4 statements that were false accusations for a conviction. Statements had my name in plain view as "Cox Stated" Same false reports were written up for my co-defendants, circulated around the prison and endangering my life because of statements. Upon investigation case will speak for itself. (Continued) →

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. The court needs to thoroughly investigate the police misconduct, reckless endangerment of my life. False reports need to be compared to video interview. Officers involved need to be reprimanded for misconduct, I also seek monetary damages, as the court sees fit to award me. I want a public apology in the form of an apology by officers involved made to me in the state and local news and newspapers. CPL. Cratty & Leslie A. Gron ~~[illegible]~~ should not of allowed all the above chaos,

(3)

Statement of Claim Continued ≡ Upon review of my information the court will see the plain disregard for my safety and well-being, or my life in general. The words "COX STATED" and "COX ADVISED" is used numerous times as if I actually made the accusations. I never said any of the statements as the video will show, the co-defendants all received reports from police with my name in plain view, right beside the false accusations made by D.S.P officers. My name has been advertised around the prison as the "SNITCH," which is a dangerous label to have in a prison environment. Threats have been made on my life, followed by threats of physical abuse from family members of the 4-Co-defendants also housed in numerous buildings throughout the prison. I have to continue to look over my shoulder for threats because of these statements on the paperwork of the co-defendants named below.

Shirlene Gilbert SBI#00571673
D'Juan Sheppard SBI#00499972
Deshaun Ross SBI#00283689
Derrick Purnell SBI#00UNKNOWN

} Police Complaint # 07-06-301619

③

V. Relief Continued ≡ I also seek monetary damages as the court sees fit to award me. I want a public apology made to me in the state and local news and newspapers. Cpl. Crotty and Leslie A. Grow should not of allowed all the above chaos, or the release of my name to the co-defendants at all, written or verbally given.



2. As for SLANDER, DEFAMATION OF MY CHARACTER, GROSS NEGLIGENCE, PAIN AND SUFFERING, EMOTIONAL DISTRESS, for these damages to my well-being I seek the amount of #875,000.00.

3. As for use of unnecessary force I seek #35,000.00. in damages. VIOLATION OF OATH BY A PUBLIC OFFICER I seek #15,000.00. in damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of May, 2007.

Eugene Ross Cox
(Signature of Plaintiff 1)

(Signature of Plaintiff 2)

(Signature of Plaintiff 3)

I/M: Eugene Cox #241114 BLDG. H.U. #3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1.99

1167 U.S. POSTAGE PB2230370
7913 $01.99⁰ MAY 31 07
9230 19947

Clerk of Court
United States District Court
Boggs Federal Building - Lockbox #18
844 King Street
Wilmington, Del. 19801

U.S.M.S.
X-RAY