6/18/07

Clerk of the Court

My name is Eugene R. Cox #241114, and I'm an inmate who is in a state prison, I'm writing your court to send my first payment of my partial filing fee for my case in the District Court of Delaware. Upon receiving the first payment of $11.25 do you think that the court could send me a receipt monthly so that I may know that the money is arriving to the court safely, and the receipts would be most appreciated for my own records. Attention to this matter is most appreciated.

Thank You

Eugene R. Cox #241114
Sussex Corr. Inst. H.U. #3
P.O. Box 500
Georgetown, Del. 19947

FILED
JUN 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: Eugene Cox #241114 BLDG: H.U. #3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570