Case Name: Cox Vs. Del. State Police et al
Case #: 1:07-cv-349
For: JUDGE SUE L. ROBINSON (SLR)
Date: 6-19-07

To: Clerk of the Court U.S. District Court.
C/O: Judge Sue L. Robinson (SLR)  Case #: 1:07-cv-349-SLR

My name is Eugene Ross Cox #241114, and I'm writing you in reference to some serious police misconduct. I was arrested by Delaware State Police on January 12th, 2007 at approximately 2:25 P.M. during a drug raid in Coolspring Farms near Milton, Delaware. After a search warrant was executed at the home of Mr. James and Shirlene Gilbert at 28462 West Springside Drive, Milton, Delaware 19968. The residence I speak of is not my residence at all. After me and 4 other people present at the address above were arrested and arraigned at J.P. Court #3 in Georgetown, Delaware. I was being held at Troop #4 in Georgetown, Delaware, and questioned by a masked police officer in an interrogation room at Troop #4. This officer asked me questions in which I answered while refusing to give names or details as the recorded video interview will show, but after this recorded interview the paperwork of mine and the paperwork of the 4 other co-defendants arrested at the residence, had in plain view with my name on it, as statements that I never made. The officer in charge by the name of CPL. William D. Crotty, badge #119, employed by D.S.P. Troop #4. As you can see upon further investigation of the recorded interview compared to what was written on the post miranda interview that the words "COX STATED" is used along with "COX ADVISED" are being used as me actually having made these statements. I never gave names or made any accusations as such about "how" or "what" people were involved concerning the "cooking," or "packaging" of the 21.8 grams of crack-cocaine found at the residence in Milton, Delaware. The state police just blatantly

REDACTED

gave my name "verbally" to the 4 other co-defendants as being the "SNITCH" in questioning of each co-defendant seperately at the police troop. The 4 co-defendants were already at J.P. Court #3 in Georgetown, Delaware when I arrived much later to be arraigned with them. At this time I was handed my initial police report by a D.S.P. officer while seated at J.P. Court #3, upon still being handcuffed while waiting for the judge to preside, the 4 co-defendants made remarks like "YOUR A SNITCH MOTHERFUCKER" and "your name is on my paperwork." I asked to see my police report, and there in plain view were statements I never made or said. The judge arrived and I said to the judge "YOUR HONOR I NEVER SAID ANY OF THIS" and I was told by a D.S.P officer to "SHUT UP" or he was going to drag me out of court by my head." I never got a chance to see the 4 other co-defendants paperwork that supposedly had my name on it as giving these statements to the police, because we were all seperated and locked on different prison units with orders of "NO CONTACT" by D.S.P officers. I'm sure this is called NEGLIGENCE, FILING A FALSE POLICE REPORT, VIOLATION OF OATH BY A PUBLIC OFFICER, POLICE MISCONDUCT, SLANDER. During this drug raid I was not caught in possession of any drugs or paraphenalia of such items. 3 other co-defendants were also not in possession of any drugs whatsoever. While trying to save face for the lack of major convictions due to this unorganized drug raid, D.S.P used "me" and "my name" as the sacrificial scapegoat, while endangering my life and my physical well-being by the false accusations, marked with "COX STATED" in front of each

and every one of them. Upon review of this matter as for the written interview compared side by side to the audio recorded interview, the case will speak for itself. Upon entry into the home of the drug raid, D.S.P. officers ordered everyone to lay down on the living room floor, guns drawn, full riot and raid gear on, once the house was secured and searched by the officers, out of frustration a D.S.P. officer stomped on my spinal cord for his own personal reasons, because I didn't resist or say anything during the arrest and search of the house, so the abuse was totally uncalled for and very unprofessional on the D.S.P. officers behalf. I was still hand-cuffed on the floor when I said "PLEASE DON'T STEP ON MY SPINE, I SUFFER FROM A SPINAL DISEASE." I was totally ignored and continued to be treated unnecessarily rough by officers. I have medical documentation here at the prison and on record of outside doctors of my condition. I suffer from a disease called "SPONDYLOSISIS OF THE SPINAL COLUMN." I take strong medications such as PERCOCETS, VICODANS, OXYCONTIN, and CORTISONE INJECTIONS to relieve my severe spinal pain. I was being treated for my condition at the COASTAL PAIN MANAGEMENT CENTER in Lewes, Delaware. I have had my spine examined and also treated here at Sussex Corr. Inst. in Georgetown, Delaware. I've had my spine looked at several times, due to more severe pain after the D.S.P officer put his full weight on my spine for no reason on the day in question. Medical records can and will be provided if necessary, or needed by your office. I "can" and "will" sign a "release of information" form for any

and all the information that is needed to verify of what I speak of. I've tried to get an outside lawyer, but due to this being a case against Delaware State Police, not many lawyers take cases against the state, and also, my lack of money to pay for legal representation. Being a case against D.S.P and me being very limited to phone use here at the Dept. of Correction since I've been incarcerated since 1-12-07, I don't have any outside help like family members to help or request a tape or copy of the D.V.D or videotaped interview I speak of at Troop #4. I've been sentenced currently to 12 years by the Superior Court of Sussex County for a charge of Delivery of Cocaine that took place on 12-29-06, in which I sold a $20 piece of crack-cocaine to an undercover police officer to support my own crack-cocaine habit, against the same D.S.P agency that I'm filing my civil suit against. I currently have a civil suit seeking the amount of $925,000.00. for unspecified damages in the U.S. District Court of the State of Delaware. I seek damages for the endangerment of my welfare, and numerous other violations made by D.S.P. I will be incarcerated as this case unfolds, looking over my shoulder for threats made on my life due to these accusations, threats from family members of the co-defendants involved, but are housed in different buildings throughout the same prison that I'm also in. A "SNITCH" label is a very dangerous label to have in a prison environ-

ment. Due to this gross negligence I've been labeled "SNITCH," yet I never made these statements, and "I" or "my name" should of never been given "verbally" or "written" to anyone involved in this case, but I guess as a "drug-addict" and an "ex-con", I have no rights that will be honored in Delaware Courts. As this case unfolds and the truth made known, time will tell. Attention to this matter is most appreciated.

Yours Truly
Eugene Ross Cox #241114
Sussex Corr. Inst. H.U.#3
P.O. Box 500
Georgetown, Del. 19947

\* This information below is the exact information that is on the Troop #4 State Police Report. I'm sure your office can request copies, I'm in possession of my "only" one copy. But I'm sure it can be obtained for your review upon request.

\* Initial Crime Report \*

Report Date: 1-12-2007    Complaint # 07-06-301619
Statement of Suspect 004- EUGENE ROSS COX

On 1-12-07 Defendant Cox provided a "videotaped" post miranda interview. During this interview. Defendant Cox advised that he was at the residence of 28462 West Springside Drive just prior to the police executing the search warrant. Defendant Cox advised that prior to entry into the residence Defendant Sheppard, Defendant Ross and Suspect

Purnell were filling cigar tubes with crack-cocaine. Defendant Cox also stated that Defendant Gilbert was cooking crack-cocaine in the kitchen. Defendant Cox stated that he then went to the bathroom when the police entered the residence.

Reporting Officer:
CPL/1 Crotty - #119

Supervisor Approval:
Leslie A. Grow  PSPT 754   Date: 1-23-07

Status: Closed

---

Re: Cox, Eugene R.

When questioned, the defendant stated that he was only at the residence to purchase crack-cocaine; he further stated that Co-defendants Sheppard, Gilbert, and Ross were cooking the crack-cocaine prior to the advent of Del. State Police.

Respectfully Submitted: Officer Amber D. Welch
                        Investigating Officer

Approved: Alison L. Stevens
          Supervisor

Above is word for word and what you'll see on paperwork requested by your office, feel free to double-check

Four Co-defendants involved as follows:

#1. Shirlene Gilbert   SBI # 00571673
Sex: Female   Race: Black   Age: 42
D.O.B:   _____   Arrest # 231391
Address: 28462 West Springside Dr.
            Coolspring Farms
            Milton, Delaware   19968

#2. D'Juan Sheppard   SBI # 00499972
Sex: Male   Race: Black   Age: 19
D.O.B:   _____   Arrest # 231399
Address: Sussex Corr. Inst., P.O. Box 500, Georgetown, Del. 1994?

#3. Deshan L. Ross   SBI # 00283689
Sex: Male   Race: Black   Age: 24
D.O.B.:   _____
Address: Information not known to me. REDACTED

#4. Derrick Purnell   Age: 38

Information not known or given to me.

PS - Please notify me if possible that this letter has reached the clerk of the court, and also Judge Sue L. Robinson. Attention to this matter is of the greatest importance to me.

                                        Yours Truly
                                    Eugene R. Cox # 241114
                                    S.C.I., P.O. Box 500  H.U. #3
                                    Georgetown, Del. 19947

I/M: Eugene Cox #241114  BLDG: H.U. #3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Legal Mail

Clerk of the Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Del. 19801-3570
Attn: Judge Sue L. Robinson