OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 25, 2007

TO:  Eugene R. Cox
     #241114
     Sussex Correctional Institution (SCI)
     P.O. Box 500
     Georgetown, DE 19947

     **RE:  Item presented to the court for filing on 6/25/07;
           Civ. No. 07-349 SLR**

Dear Mr. Cox:

     A letter from you dated 6/19/07 has been received by the Clerk's office. Pursuant to District of Delaware Local Rule of Civil Practice and Procedure 5.1.1., please submit all future filings on 8 ½ by 11 inch opaque, unglazed, white paper of good quality. Enclosed you'll find a copy of District of Delaware Local Rule of Civil Practice and Procedure 5.1.1. for your personal reference.

     Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/rpg                          PETER T. DALLEO
                              CLERK

cc: The Honorable Sue L. Robinson
enc: as noted