*Please Respond In Writing.*

Case dismissed on 7-19-07 with leave to amend.

07-349

To: Judge Sue L. Robinson                    8-7-07

My name is Eugene Ross Cox #241114, and I filed a complaint in your court =

→ { Civil Action # 07-349-SLR }
  { Cox -vs- Delaware State Police }

I'm writing you in reference to inform you and your court that I'm unable to AMEND MY WITHDRAWAL and would like to receive a letter from your court stating that the remainder of the partial filing fee CIVIL DEBT BE REMOVED upon receipt of this letter. Your court DISMISSED my complaint without prejudice, and given me leave to file an amended complaint on the excessive force and snitch issues to name the proper defendants. I failed to do so. I received a letter of dismissal from your court stating an order will be entered closing the case, as of 8-19-2007 the date that my 30 days to amend reaches it's deadline. Judge Robinson I would like to drop this case immediately, all court costs and filing fees and my filing fee remainder cost be removed from my prison account. I failed to file the case in the right format and failed to make or state a

a claim and was given leave to amend. I choose to look for legal help of some sort at a later date. Please inform ME, THE INSTITUTIONAL BUSINESS OFFICE at the Sussex Corr. Inst. in Georgetown, Delaware. The PROTHONATARY OFFICE of the same institution mentioned above. I ask for an written immediate dismissal from your court with my approval. Clear me of all the remaining cost of the filing fee. Allow me to refile within a later date if I SO CHOOSE!! An immediate written response with all the dismissal of case and court costs sent to me and the financial offices of S.C.I. IMMEDIATE ATTENTION TO THIS MATTER WILL BE MOST APPRECIATED.

Yours Truly

Eugene Ross Cox #241114
Sussex Corr. Inst. Med-D-Tier
P.O. Box 500
Georgetown, Del. 19947

P.S.- Please send me a written response with all the information above pertaining to my case, and a COPY OF THIS LETTER ALONG WITH YOUR RESPONSE! Thank You!

I/M: Eugene Cox #241114 BLDG: Med-D-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

LEGAL
MAIL

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570
Attn: Judge Sue L. Robinson