RECEIVED AUG 28 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

CA 07-349 SLR

Clerk of the Court                     8-24-07

My name is Eugene Ross Cox #241114, and I'm an inmate who is in a state prison. I'm writing you in reference to request to ask if the court could send me the following information concerning a case that I filed in the U.S. District Court this year the case name and case number to this case is COX-VS-DELAWARE STATE POLICE case # 1:07-cv-349 (SLR) the court case was dismissed and I was left room to amend, which I will do both at a later date, I'll have to refile the whole case later. I need the information from the lawsuit below.

1. Date of Dismissal
2. Civil Debt removed; balance of $350.00 filing fee not required to be paid. Date that civil debt was terminated.

I basically need the whole docket text that pertains to this case. My 30 day period to amend expired on 8-19-07. I need the letter from Judge Sue L. Robinson stating that the case was dismissed without prejudice

and that I'm not responsible for the costs of filing, etc. In the whole case I need a letter notifying the Sussex Corr. Inst. that I'm being held at, to NOT TO CONTINUE TO KEEP MY PRISON ACCOUNT ON HOLD for a dismissed case, the case was dismissed without prejudice on 7-19-2007 with room to amend my complaint. I'm notifying the court that I, MYSELF INCLUDED would like to drop the suit and refile at a later date. I have not met the time limit allowed to amend my complaint, (date of 8-19-07 was the END OF MY THIRTY DAYS TO AMEND. I stand on my complaint and would like to receive all the information entered closing the case. Immediate attention to this matter is most appreciated. Thank You Judge Sue L. Robinson and Clerk of the Court.

Yours Truly

Eugene R. Cox #241114   Med-D-Tier
Sussex Corr. Inst.
P.O. Box 500
Georgetown, Del. 19947

I/M: Eugene Cox #241114  BLDG: Med-D"Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S. X-RAY

Clerk of the Court
United States District Court
844 N. King St., Lockbox 18
Wilmington, Delaware
19801-3570