IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUGENE R. COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-349-SLR |
| | ) |
| DELAWARE STATE POLICE, CPL. | ) |
| WILLIAM D. CROTTY, and LESLIE A. | ) |
| GROW, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 18th day of August, 2007;

Plaintiff Eugene R. Cox filed a complaint and an amended complaint pursuant to 42 U.S.C. § 1983. (D.I. 2) On July 20, 2007, the complaint was dismissed with leave to amend. (D.I. 10) By letter dated August 7, 2007, plaintiff advises the court he does not wish to amend his complaint and would like to withdraw his case.

THEREFORE, IT IS ORDERED that the case is closed for failure to file an amended complaint. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE