11-12-07

To: Clerk of The Court

My name is Eugene Ross Cox #241114. I'm writing you in reference to see if you could send me the CIVIL DOCKET FOR CASE # 07-349-SLR. I'm also in need of the paperwork or information booklet on how to AMEND A CLAIM. Attention to this matter is most appreciated.

Yours Truly

Eugene Ross Cox #241114
Sussex Corr. Inst. Med-D-Tier
P.O. Box 500
Georgetown, Del. 19947



FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

I/M: Eugene Cox #241114 BLDG: Med-D-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk of The Court
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, Del. 19801